**FLORES v. ARCO**

[356 N.C. 427 (2002)]

DAVID N. FLORES, ALFREDO CONTRERAS, AND JUAN RIVERA v. SOLTERO
BALTIERRES ARCO A/K/A SOLTERO BALTIERRES ARCOS

No. 220A02

(Filed 22 November 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 149 N.C. App. 972, 563 S.E.2d 99 (2002), dismissing as interlocutory an appeal from an order entered 31 January 2001 by Griffin, J., in Superior Court, Currituck County. Heard in the Supreme Court 16 October 2002.

*Marcari Russotto & Spencer, P.C., by Donald W. Marcari, for plaintiff-appellees.*

*Hornthal, Riley, Ellis & Maland, L.L.P., by L. Phillip Hornthal, III, for unnamed defendant-appellant Government Employees Insurance Company.*

PER CURIAM.

AFFIRMED.